U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| MAC FUNDING CORPORATION, Plaintiff, v. ASAP GRAPHICS, INC., and AMES FRIEDMAN, Defendants. | FILED: JULY 23, 2008<br>08CV4179<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE KEYS<br>TG |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MAC FUNDING CORPORATION, Plaintiff

| NAME (Type or print) |
|---|
| Rein F. Krammer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Rein F. Krammer |
| FIRM |
| Masuda, Funai, Eifert, & Mitchell, Ltd. |
| STREET ADDRESS |
| 203 North LaSalle Street, Suite 2500 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06216386 | 312-245-7500 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✔ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✔ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐