### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MAC FUNDING CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )    Case No.: 08 CV 4179 |
| ASAP GRAPHICS, INC., and | ) |
| AMES FRIEDMAN, | )    Judge Der-Yeghiayan |
| Defendants. | )    Magistrate Judge Keys |

### NOTICE OF MOTION

To:    ASAP GRAPHICS, INC.                  AMES FRIEDMAN
       c/o John Wohlford, Registered Agent   2022 S.W. 25th Terr
       317 Farmington Drive                  Fort Lauderdale, Florida  33312
       Plantation, Florida  33317

PLEASE TAKE NOTICE that on the 5th day of August, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, the Plaintiff, MAC FUNDING CORPORATION, by and through its attorney, Rein F. Krammer  of MASUDA, FUNAI, EIFERT & MITCHELL, LTD., shall appear before the Honorable Judge Der-Yeghiayan, in Courtroom 1903 of the U.S. District Court Building at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present its **MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION,** at which time you may appear as you see so fit.

                                        __/s/ Rein F. Krammer_____
                                            Attorney for Plaintiff

Rein F. Krammer
MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 North LaSalle Street, #2500
Chicago, Illinois  60601
(312) 245-7500
N:\SYS23\6309\Not-Mot\01090001.doc