UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

MAC Funding Corporation
                        Plaintiff,

v.                                                      Case No.: 1:08−cv−04179
                                                       Honorable Samuel Der−Yeghiayan

ASAP Graphics, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Motion hearing called. No one appear on behalf of any party on the Plaintiff's noticed motion. Therefore, Plaintiff's motion for temporary restraining order and for preliminary injunction 5] is denied. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.