IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAC FUNDING CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 08 CV 4179 |
| ASAP GRAPHICS, INC., and ) | |
| AMES FRIEDMAN, ) | Judge Der-Yeghiayan |
| Defendants. ) | Magistrate Judge Keys |

### NOTICE OF MOTION

To:  ASAP GRAPHICS, INC.                           AMES FRIEDMAN
     c/o John Wohlford, Registered Agent          2022 S.W. 25th Terrace
     500 Southwest 21st Terrace, Suite B102  Fort Lauderdale, Florida 33312
     Fort Lauderdale, Florida 33312

PLEASE TAKE NOTICE that on the 21st day of August, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, the Plaintiff, MAC FUNDING CORPORATION, by and through its attorney, Rein F. Krammer of MASUDA, FUNAI, EIFERT & MITCHELL, LTD., shall appear before the Honorable Judge Der-Yeghiayan, in Courtroom 1903 of the U.S. District Court Building at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present its **MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**, at which time you may appear as you see so fit.

                                                     /s/ Rein F. Krammer
                                                    Attorney for Plaintiff

Rein F. Krammer
MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 North LaSalle Street, #2500
Chicago, Illinois 60601
(312) 245-7500
N:\SYS23\6309\Not-Mot\01090001.doc