IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAC FUNDING CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 08 CV 4179 |
| ) | |
| ASAP GRAPHICS, INC., and ) | |
| AMES FRIEDMAN, ) | Judge Der-Yeghiayan |
| Defendants. ) | Magistrate Judge Keys |

### CERTIFICATE OF SERVICE

I, Rein F. Krammer, do hereby state that I caused the foregoing **MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** to be served upon ASAP GRAPHICS, INC., c/o John Wohlford, Registered Agent, 500 Southwest 21st Terrace, Suite B102, Fort Lauderdale, Florida 33312 and AMES FRIEDMAN, 2022 S.W. 25th Terrace, Fort Lauderdale, Florida 33312, by placing copies of the same with Process Services, Inc., 8330 West State Road 84, Fort Lauderdale, Florida 33324, on this 7th day of August, 2008.

/s/ Rein F. Krammer

MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 North LaSalle Street, Suite 2500
Chicago, Illinois 60601
Phone: (312) 245-7500
N:\SYS23\6309\Profserv\01090001.doc