AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

MAC FUNDING CORPORATION,
          Plaintiff,

CASE NUMBER: 08CV4179

V.

ASSIGNED JUDGE: JUDGE DER-YEGHIAYAN

ASAP GRAPHICS, INC., and
AMES FRIEDMAN,
          Defendants.

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

AMES FRIEDMAN
2022 S.W. 25th Terr
Fort Lauderdale, Florida 33312

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rein F. Krammer
Masuda, Funai, Eifert & Mitchell, Ltd.
203 North LaSalle Street, Suite 2500
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK



July 23, 2008
Date

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Illinois

Case Number: 08CA4179

Plaintiff:
**MAC FUNDING CORPORATION**

vs.

Defendant:
**ASAP GRAPHICS, INC., and AMES FRIEDMAN**

For:
Rein F. Krammer, Esq.
Masuda, Funai, Eifert & Mitchell
203 N. Lasalle Street
Suite 2500
Chicago, IL  60601-1262

Received by Process Services, Inc. on the 25th day of July, 2008 at 11:30 am to be served on **Ames Friedman, 2022 S.W. 25 Terrace, Fort Lauderdale, FL 33312**.

I, Hector Castro, do hereby affirm that on the **29th day of July, 2008** at **6:30 pm**, I:

**INDIVIDUAL/PERSONAL:**  served by delivering a true copy of the **Summons in a Civil Case; Complaint with Exhibits** at the address of: **2022 S.W. 25 Terrace, Fort Lauderdale, FL 33312** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, pursuant to F.S. 48.031(1).

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served.

Under Penalties of Perjury, I declare I have read the foregoing  document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Hector Castro
SPS 287

Process Services, Inc.
And Document Retrieval Services
8330 State Road 84
Fort Lauderdale, FL  33324
(954) 474-4867
Our Job Serial Number: 2008026501