**RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Northern District of Illinois

Case Number: 08CA4179

Plaintiff:
**MAC FUNDING CORPORATION**

vs.

Defendant:
**ASAP GRAPHICS, INC., and AMES FRIEDMAN**

For:
Rein F. Krammer, Esq.
Masuda, Funai, Eifert & Mitchell
203 N. Lasalle Street
Suite 2500
Chicago, IL 60601-1262

Received by Process Services, Inc. on the 8th day of August, 2008 at 10:00 am to be served on **Ames Friedman, 2022 S.W. 25 Terr., Fort Lauderdale, FL 33312**.

I, Jaime Cely, do hereby affirm that on the **11th day of August, 2008** at **8:30 am**, I:

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **Notice of Motion; Motion for Temporary Restraining Order and Preliminary Injunction** at the address of: **2022 S.W. 25 Terr., Fort Lauderdale, FL 33312** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, pursuant to F.S. 48.031(1).

**Additional Information pertaining to this Service:**
Hearing date is 8/21/08 @ 9 am

**Description** of Person Served: Age: 38, Sex: M, Race/Skin Color: White, Height: 5'11", Weight: U, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Jaime Cely

Process Services, Inc.
And Document Retrieval Services
8330 State Road 84
Fort Lauderdale, FL 33324
(954) 474-4867
Our Job Serial Number: 2008027982

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w