Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4179 | **DATE** | 8/21/2008 |
| **CASE TITLE** | MAC Funding Corporation vs. ASAP Graphics, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's oral motion for default as to Defendant Ames Friedman is granted. Default is hereby entered in favor of the Plaintiff MAC Funding Corporation and against Defendant Ames Friedman. Plaintiff's motion for temporary restraining order [9] is granted. Preliminary injunction hearing set for 09/04/08 at 9:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | | Courtroom Deputy Initials: | maw |
|---|---|---|---|