AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

MAC FUNDING CORPORATION,
          Plaintiff,

CASE NUMBER: 08CV4179

V.

ASSIGNED JUDGE: JUDGE DER-YEGHIAYAN

ASAP GRAPHICS, INC., and
AMES FRIEDMAN,
          Defendants.

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

ASAP GRAPHICS, INC.
c/o John Wohlford, Registered Agent
317 Farmington Drive
Plantation, Florida 33317

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rein F. Krammer
Masuda, Funai, Eifert & Mitchell, Ltd.
203 North LaSalle Street, Suite 2500
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK



July 23, 2008
_____
Date

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Illinois

Case Number: 08CA4179

Plaintiff:
**MAC FUNDING CORPORATION**

vs.

Defendant:
**ASAP GRAPHICS, INC., and AMES FRIEDMAN**

For:
Rein F. Krammer, Esq.
Masuda, Funai, Eifert & Mitchell
203 N. Lasalle Street
Suite 2500
Chicago, IL  60601-1262

Received by Process Services, Inc. on the 25th day of July, 2008 at 10:00 am to be served on **ASAP Graphics, Inc. c/o John Wohlford, Registered Agent, 317 Farmington Drive, Plantation, FL 33317.**

I, Jaime Cely, do hereby affirm that on the **13th day of August, 2008 at 4:45 pm, I:**

Served the within named **Corporation** by delivering a true copy of the **Summons in a Civil Case; Complaint with Exhibits; Notice of Motion; Motion for Temporary Restraining Order and Preliminary Injunction** with the date and hour of service endorsed thereon by me, to **Samantha Zuniga, Accounts Payable Clerk,** an employee, in the absence of the Registered Agent, President, Vice President, and all other officers, at the address of **500 S.W. 21 Terr., Suite A101, Fort Lauderdale, FL 33312**, pursuant to F.S. 48.081(3) and informed said person of the contents thereof.

**Additional Information pertaining to this Service:**
Hearing date is 8/21/08 @ 9 am
Address provided of 317 Farmington Dr., Plantation is house, no vehicles in drive, no answer at door, unable to make contact; served at 500 S.W. 21 Terr., Suite A101, Ft. Lauderdale

**Description** of Person Served:  Age: 33,  Sex: F,  Race/Skin Color: White,  Height: 5'6",  Weight: 120,  Hair: Black,  Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Jaime Cely

Process Services, Inc.
And Document Retrieval Services
8330 State Road 84
Fort Lauderdale, FL  33324
(954) 474-4867
Our Job Serial Number: 2008026502